In the Circuit Court of Cook County, Illinois
County Department – Law Division

EFRAIN TAPIA,

    Plaintiffs,

v.                                  Case No. 2022-L-004927

WOOSUNG AUTOCON CO., LTD., WSA
USA, LLC, an Ohio limited liability company,
and HAMPTON INDUSTRIAL SERVICES,
INC., an Indiana corporation,

    Defendants.

## NOTICE OF FILING AMENDED NOTICE OF REMOVAL
## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS

PLEASE TAKE NOTICE that, on July 19, 2022, Defendant WSA USA, LLC filed an Amended Notice of Removal, pursuant to 28 U.S.C §§ 1332, 1441 and 1446, removing the above-captioned action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois. A true and correct copy of the Amended Notice of Removal is attached hereto as **Exhibit 1**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PLEASE TAKE FURTHER NOTICE that, upon filing the Notice with the Clerk of the United States District Court, Northern District of Illinois, and filing copies thereof with the Clerk of the Circuit Court of Cook County, Illinois, the Defendant WSA USA has effected removal, and the Circuit Court shall proceed no further in this action unless the case is remanded. *See* 28 U.S.C. § 1447(d).

Dated this 19th day of July, 2022.

/s/Scott D. Pfeiffer_____

## **CERTIFICATE OF SERVICE**

I certify that on July 19, 2022, I filed the foregoing **AMENDED NOTICE OF FILING NOTICE OF REMOVAL** electronically through the Odyssey Illinois efiling system, as well as e-mailed a copy, and sent a copy via U.S. Mail on this day to the following:

Charles P. Romaker
Fernando M. Bustamante
THE ROMAKER LAW FIRM
211 West Wacker Drive, Suite 1450
Chicago, Illinois 60606
(312) 377-7000
fbustamante@romakerlaw.com
Attorney for Plaintiff

**SO CERTIFIED**, this 19th day of July, 2022.

/s/Scott D. Pfeiffer_____
Scott Pfeiffer
Bar No. 6272869
Cray Huber Horstman Heil & VanAusdal LLC
*Attorneys for Defendant WSA USA, LLC*